William J. COCKE, Jr., Trustee in Bankruptcy of the ESTATE of the GALAHAD PRESS, Inc., Appellant, v. The FOUNDATION FOR CHRISTIAN ECONOMICS, Inc., and Silver Shirt Legion of America, Inc., Appellees.

No. 4046.

Circuit Court of Appeals, Fourth Circuit.

April 9, 1936.

Thomas S. Kartus, of Asheville, N. C., for appellant.

Robert H. McNeill, of Washington, D. C., and Ford, Coxe & Carter, of Asheville, N. C., for appellees.

PER CURIAM.

On motion of appellees, cause is docketed and dismissed.

COEBURN GROCERY COMPANY, E. W. King, and Hamilton Brown Shoe Company, Appellants, v. Estes DOTSON and Baird Dotson, Doing Business as Dotson Bros., Appellees.

No. 4053.

Circuit Court of Appeals, Fourth Circuit.

April 24, 1936.

. G. Mark French, of Clintwood, Va., for appellants.

S. H. Sutherland, of Clintwood, Va., for appellees.

PER CURIAM.

On motion of appellees, cause is docketed and dismissed.

COLLIER ADVERTISING SERVICE, Inc., Formerly Artemas Ward, Inc., Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

UNITED BROKERAGE COMPANY, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

Nos. 162, 163.

Circuit Court of Appeals, Second Circuit.

March 16, 1936.

Elden McFarland, of Washington, D. C. (Ellwood W. Kemp, Jr., of New York City, of counsel), for petitioners.

Sewall Key and Helen R. Carloss, Sp. Assts. to Atty. Gen., for respondent.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decisions affirmed.

Anthony CONIGLIO, Appellant, v. UNITED STATES of America.

No. 10469.

Circuit Court of Appeals, Eighth Circuit.

Jan. 29, 1936.

Stewart, Stewart & Whitworth, of Lincoln, Neb., for appellant.

Joseph T. Votava, U. S. Atty., of Omaha, Neb.

PER CURIAM.

Appeal dismissed on motion of appellee, without costs to either party in this court; defendant in court below ordered to surrender to custody, etc.